IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:11-CV-17-RLV-DCK

| | | |
|---|---|---|
| SHURTAPE TECHNOLOGIES, LLC AND SHURTECH BRANDS, LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | **ORDER** |
| 3M COMPANY, | ) ) | |
| Defendant. | ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 10) concerning Andrea B. Reed, filed March 11, 2011. Ms. Reed seeks to appear as counsel *pro hac vice* for Plaintiff Shurtape Technologies, LLC and Shurtech Brands, LLC.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Ms. Reed is admitted to appear before this court *pro hac vice* on behalf of Plaintiff Shurtape Technologies, LLC and Shurtech Brands, LLC.

Signed: March 14, 2011

David C. Keesler
United States Magistrate Judge