# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:11-CV-17-RLV-DCK

| | |
|---|---|
| SHURTAPE TECHNOLOGIES, LLC AND SHURTECH BRANDS, LLC, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>3M COMPANY, )<br>)<br>Defendant. ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 9) concerning Tara C. Clancy, filed March 11, 2011. Ms. Clancy seeks to appear as counsel *pro hac vice* for Plaintiff Shurtape Technologies, LLC and Shurtech Brands, LLC.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Ms. Clancy is admitted to appear before this court *pro hac vice* on behalf of Plaintiff Shurtape Technologies, LLC and Shurtech Brands, LLC.

Signed: March 14, 2011

David C. Keesler
United States Magistrate Judge