IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:11-CV-17-RLV-DCK

| | | |
|---|---|---|
| **SHURTAPE TECHNOLOGIES, LLC AND SHURTECH BRANDS, LLC,** | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | **ORDER** |
| **3M COMPANY,** | ) ) | |
| Defendant. | ) ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion For Entry Of Protective Order" (Document No. 33) filed September 2, 2011. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. In their "Joint Motion..." the parties stipulate to certain conditions regarding the filing of briefs in response, which the Court will hereby adopt. (Document No. 33, p.2).

**IT IS, THEREFORE, ORDERED** that the parties shall file responses of five (5) pages or less to the "Joint Motion For Entry Of Protective Order" (Document No. 33), on or before **September 8, 2011**.

Signed: September 6, 2011

David C. Keesler
United States Magistrate Judge