# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:11-CV-17-RLV-DCK

| | |
|---|---|
| SHURTAPE TECHNOLOGIES, LLC AND SHURTECH BRANDS, LLC, )<br><br>Plaintiffs, )<br><br>v. )<br><br>3M COMPANY, )<br><br>Defendant. ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Amend Claim Construction Briefing Schedule" (Document No. 50) filed January 25, 2012. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Amend Claim Construction Briefing Schedule" (Document No. 50) is **GRANTED**.

**IT IS FURTHER ORDERED THAT** the deadline for Opening Claim Construction Brief is **January 30, 2012**; the deadline for Responsive Claim Construction Brief is **February 20, 2012**; the deadline for Reply Claim Construction Brief is **February 29, 2012**; the deadline for Surreply Claim Construction Brief is **March 9, 2012**; and the deadline for Claim Construction Chart is **March 14, 2012**.

**SO ORDERED**.

Signed: January 25, 2012

David C. Keesler
United States Magistrate Judge