IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:11-CV-17-RLV-DCK

| | |
|---|---|
| SHURTAPE TECHNOLOGIES, LLC and SHURTECH BRANDS, LLC, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | **ORDER** |
| 3M COMPANY, ) ) | |
| Defendant. ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 65) concerning Kelly K. McLaughlin, filed October 29, 2011. Ms. McLaughlin seeks to appear as counsel *pro hac vice* for Plaintiff Shurtape Technologies, LLC and Shurtech Brands, LLC.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Ms. McLaughlin is admitted to appear before this court *pro hac vice* on behalf of Plaintiff Shurtape Technologies, LLC and Shurtech Brands, LLC.

Signed: October 29, 2012

David C. Keesler
United States Magistrate Judge