**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CIVIL ACTION NO.  5:11-CV-017-RLV-DCK**

| | | |
|---|---|---|
| SHURTAPE TECHNOLOGIES, LLC, and | ) | |
| SHURTECH BRANDS, LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| 3M COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 89) filed by Christopher C. Lam, concerning David J. Byer on July 11, 2013.  Mr. Byer seeks to appear as counsel *pro hac vice* for Plaintiffs Shurtape Technologies, LLC and Shurtech Brands, LLC.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 89) is **GRANTED.**  Mr. Byer is hereby admitted *pro hac vice* to represent Plaintiffs Shurtape Technologies, LLC and Shurtech Brands, LLC.

**SO ORDERED**.

Signed: July 17, 2013

David C. Keesler
United States Magistrate Judge